AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the

__Southern_____ District of _____Florida___

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Armando     Pineda | ) Case No: _____03-80148_____ -CR RYSKAMP |
| | ) USM No: _____72411-004_____ |
| Date of Previous Judgment: April 16, 2004_____ | ) Armando Pineda, pro se_____ |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _70_____ months **is reduced to** ___57 mos·___ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 32_____ | Amended Offense Level: | 30_____ |
| Criminal History Category: | I_____ | Criminal History Category: | I_____ |
| Previous Guideline Range: | 70___ to 87___ months | Amended Guideline Range: | 57___ to 71__ months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  4/16/ 2004___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: ___Aug 15, 2008___

Effective Date: ___Aug 15, 2008___
(if different from order date)

_____
Judge's signature

___Kenneth L. Ryskamp, United States District Judge___
Printed name and title